UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ELIZABETH A. GOETZ,                    )
                                       )    No.  CV-07-3038-JPH
                Plaintiff,             )
                                       )    ORDER GRANTING STIPULATION
v.                                     )    TO REMAND
                                       )
MICHAEL J. ASTRUE,                     )
Commissioner of Social                 )
Security,                              )
                                       )
                Defendant.             )

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 29). The parties have filed a recent consent to proceed before a magistrate judge. (Ct. Rec. 9).

After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge ("ALJ") will: (1) evaluate the medical source opinions of Plaintiff's treating therapists, Martha Usatine, MWS, and Rob Garner, LMHC, in accordance with Social Security Ruling ("SSR") 06-03p; (2) reevaluate the opinions of Plaintiff's treating physician, Cindy Horton, M.D.; (3) reevaluate

ORDER GRANTING STIPULATION TO REMAND - 1

the global assessment of functioning ("GAF") scores from the treating physicians in accordance with SSR 96-2p and 96-5p; (4) reevaluate Plaintiff's credibility in accordance with SSR 96-7p, and provide further rationale for any conclusions regarding compliance with treatment and work history; and (5) if warranted by the expanded record, obtain supplemental vocational expert evidence.  The parties may also present new argument and further medical evidence, if such evidence becomes available.

Accordingly, this court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1.   The parties' Stipulation for Remand (**Ct. Rec. 29**) is **GRANTED.**

2.   Judgment shall be entered for the **PLAINTIFF.**

3.   An application for attorney fees may be filed by separate motion.

4.   The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

**IT IS SO ORDERED.**

**DATED** this _____28th_____ day of January, 2008.

_S/James P. Hutton_
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO REMAND - 2