1

2
### UNITED STATES DISTRICT COURT

3
### EASTERN DISTRICT OF WASHINGTON

4

5
ELIZABETH A. GOETZ,                    )
                                       )
6
          Plaintiff,          )
                                       )          NO.  CV-07-3038-JPH
7
   vs.                               )
                                       )          **JUDGMENT IN A**
8
MICHAEL J. ASTRUE,                     )          **CIVIL CASE**
Commissioner of Social Security,       )
9
                                       )
          Defendant.          )
10
                                       )
_____)
11

12
### STIPULATION BY THE PARTIES:

13
     The parties have stipulated to the remand of the captioned matter pursuant to

14
sentence four of 42 U.S.C. § 405(g).

15
     **IT IS ORDERED AND ADJUDGED** that:

16
     The matter is **REMANDED** for additional proceedings pursuant to sentence

17
four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18
**CLOSED.**

19
     DATED this 28th day of January, 2008.

20
                       JAMES R. LARSEN
                       District Court Executive/Clerk

21

22

23
                       by:   s/Pamela A. Howard
                              Deputy Clerk

24

25

26
cc: all counsel